Frank M. Gasparo, Esq. (*pro hac vice*)
Todd M. Nosher, Esq. (*pro hac vice*)
Email: fmgasparo@venable.com
       tmnosher@venable.com
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: (212) 307-5500
Fax: (212) 307-5598

Susan E. Hollander, Esq. [SBN 133473]
David Partida, Esq. [SBN 304996]
Email: sehollander@venable.com
       djpartida@venable.com
Venable LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Tel: (415) 653-3750
Fax: (415) 653-3755

Attorneys for Plaintiff
LILLEbaby, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LILLEBABY, LLC, a Delaware limited liability company, | Case No. 5:17-cv-07153-BLF |
| | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| Plaintiff, | **Assigned to Judge Beth L. Freeman** |
| v. | Trial Date:    None Set |
| | Action Filed: December 15, 2017 |
| LUMIERE BABY LLC, a California limited liability company, | |
| Defendant. | |

WHEREAS, Plaintiff LILLEbaby, LLC filed its Complaint for patent infringement, federal unfair competition and false designation of origin, state unfair competition and common law unfair competition against Defendant Lumiere Baby, LLC on December 15, 2017;

WHEREAS, Plaintiff and Defendant resolved their dispute underlying this Action on or about March 13, 2018;

WHEREAS, the Parties have agreed that this Court shall retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel of record that the above-captioned Action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

DATED: March 22, 2018

By: /s/ Susan E. Hollander
Frank M. Gasparo, Esq. (*pro hac vice*)
Todd M. Nosher, Esq. (*pro hac vice*)
Email: fmgasparo@venable.com
      tmnosher@venable.com
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel: (212) 307-5500
Fax: (212) 307-5598

Susan E. Hollander, Esq. [SBN 133473]
David James Partida, Esq. [SBN 304996]
Email: sehollander@venable.com
      djpartida@venable.com
Venable LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Tel: (415) 653-3750

| | |
|---|---|
| 1 | Fax: (415) 653-3755 |
| 2 | Attorneys for Plaintiff, LILLEbaby LLC |
| 3 | By: /s/ Alexander Chen |
| 4 | Alexander Chen, Esq. |
| 5 | Email: alexc@inhouseco.com<br>InHouse Co. |
| 6 | 7700 Irvine Center Drive, Suite 800<br>Irvine, CA 92618 |
| 7 | Tel: (949) 250-1555<br>Fax: (714) 882-7770 |
| 8 | |
| 9 | Attorney for Defendant,<br>Lumiere Baby LLC |
| 10 | // |
| 11 | // |
| 12 | // |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

Stipulation of Dismissal and [Proposed] Order     Case No: 5:17-cv-07153-BLF

Pursuant to the stipulation of the parties it is hereby ORDERED:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii);
2. Each party shall bear their own costs and attorneys' fees;
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement.

IT IS SO ORDERED.

Dated: March 23, 2018

HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal and [Proposed] Order    Case No: 5:17-cv-07153-BLF